1. What are the 4th and 14th Amendments?
Can we read these?

2. Definition of "incite"?
"malice"
"reckless indifference"

(1)

10 July 2014

Joe Ivanowski
[signature]

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 10 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk