The members of the jury cannot come to an agreement on the verdict. We do not feel that we are making progress on the decision.

Joe Iwanowski

[signature]
10 July 2014

(3)

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 10 2014

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk