IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta

JUL 10 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

MONIQUE WILKERSON,

   Plaintiff,

v.

THEDIOUS SEYMOUR
DeKalb County Police Officer,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-4426-TWT

## VERDICT

1. Did Defendant Seymour violate Ms. Wilkerson's Fourth and Fourteenth Amendment Constitutional rights when he arrested her?

    __✓__ Yes

    _____ No

2. If the answer to Question 1 is yes, the amount of compensatory damages to be awarded to Ms. Wilkerson is $ __155.00__.

T:\CIVIL\Wilkerson v. Seymour\verdict.wpd

3. Did Officer Seymour exhibit malice and reckless indifference when he arrested Ms. Wilkerson so as to authorize an award of punitive damages?

_____ Yes

___✓___ No

This __10__ day of July, 2014.

_____
FOREPERSON