IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MONIQUE WILKERSON

    Plaintiff(s)

v.

THEDIOUS SEYMOUR, DeKalb
County Police Officer

    Defendant(s)

CIVIL ACTION NO.
1:11cv4426-TWT

## JUDGMENT

This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict in favor of the Plaintiff Monique Wilkerson and against the Defendant Thedious Seymour.

Judgment hereby entered in the amount of ONE HUNDRED FIFTY-FIVE DOLLARS ($155.00) for compensatory damages in favor of the Plaintiff Monique Wilkerson and against the Defendant Thedious Seymour, plus costs and interest at the legal rate from the date of this judgment to the date payment made in full.

July 10, 2014

JAMES N. HATTEN, Clerk

By /s/Sheila T. Sewell
    Deputy Clerk