1

1       IN THE UNITED STATES DISTRICT COURT
2       FOR THE NORTHERN DISTRICT OF GEORGIA
              ATLANTA DIVISION

3

4   MONIQUE WILKERSON,                )
                                      )
5        Plaintiff,                   )
                                      )
6   -vs-                              )   Case No. 1:11-CV-4426-TWT
                                      )
7   THEDIOUS SEYMOUR,                 )   July 8, 2014
                                      )   Atlanta, Georgia
8        Defendant.                   )
    _____ )

9

10

11      TRANSCRIPT OF THE TRIAL TESTIMONY OF CHRISTOPHER PRICE
          BEFORE THE HONORABLE THOMAS W. THRASH, JR.,
                U.S. DISTRICT COURT JUDGE

12

13

    APPEARANCES OF COUNSEL:
14

15  On behalf of the Plaintiff:    John C. Jones
                                   William F. Amideo

16  On behalf of the Defendant:    Terri N. Gordon
                                   Duane D. Pritchett
17

18

19

20      *Proceedings recorded by mechanical stenography
         and computer-aided transcript produced by*

21
                  SUSAN C. BAKER, RMR, CRR
22                  2194 U.S. COURTHOUSE
                   75 SPRING STREET, S.W.
23                  ATLANTA, GA  30303
                      (404) 215-1558
24

25

1            (Proceedings held in Atlanta, Georgia, July 8, 2014,

2   in open court.)

3            MR. JONES:  Call Chris Price.  I'll have to go out

4   and get him, Judge.

5            THE CLERK:  Sir, if you'll raise your right hand,

6   please.

7            (Witness placed under oath by the clerk.)

8            THE CLERK:  Please have a seat, then state your name

9   for the record.

10           THE WITNESS:  Name is Christopher Price.

11                          -   -   -

12                       CHRISTOPHER PRICE,

13  having been first duly sworn, was examined and testified as

14  follows:

15                       DIRECT EXAMINATION

16  BY MR. JONES:

17  Q.   Mr. Price, would you tell the jury where you were raised

18  and what schools you attended, please, sir.

19  A.   Where I was raised at?

20       I was raised in East Lake.  I attended Murphy High School.

21  Q.   All right.  Did you graduate from high school?

22  A.   Yes.

23  Q.   And subsequent to high school, what jobs have you had,

24  sir?

25  A.   I've been a printer most of my life.

3

1   Q.   You have been a printer?

2   A.   Printer.  I operate printing presses.  I'm a first press

3   operator, first pressman.

4   Q.   All right.  Have you had the occasion to know Ms. Monique

5   Wilkerson?

6   A.   Say that again.  I didn't hear.

7   Q.   Do you know Ms. Monique Wilkerson?

8   A.   Yes, I do.

9   Q.   And how do you know her?

10      Perhaps I need to stand closer to the microphone.

11      How do you know her, sir?

12   A.   I've been knowing Monique since college.

13   Q.   Okay.  So you attended college some?

14   A.   Yes, I did.

15   Q.   And what college was that, sir?

16   A.   I went to Tuskegee University.

17   Q.   And during that time at Tuskegee, did you have -- did you

18   date Ms. Wilkerson or something of that nature?

19   A.   No.  I didn't meet Monique until she was a freshman at

20   Morris Brown.

21   Q.   Okay.  And what's happened with that relationship since

22   that time, sir?

23   A.   Me and Monique remain friends, remain in contact.  We just

24   basically are friends.

25   Q.   Okay.  And are you in a relationship with somebody else

4

1    currently?

2    A.    Yes.

3    Q.    And who is that, sir?

4    A.    Patricia Hill.

5    Q.    And are you familiar with the fact that Ms. Wilkerson is

6    also in a relationship with a gentleman?

7    A.    Yes, I am.

8    Q.    All right.  I want to direct your attention if you would,

9    please, sir, to September 9th, and that's 2010.  Did you have

10   any type of conversation with Ms. Wilkerson on that day?

11   A.    Yes, I did.

12   Q.    And would you describe that conversation to the jury,

13   please.

14   A.    We talked about going to Dugan's and watching the football

15   game that was going to be held that evening.

16   Q.    Now, are you an NFL fan; or what's the deal here?

17   A.    Yes, I'm an NFL fan.

18   Q.    And are you familiar with whether Ms. Wilkerson is a fan?

19   A.    Yes, she's a fan also.

20   Q.    Okay.  And did you have the occasion -- I mean, was there

21   any set time that you would be there or any of that nature; or

22   what's your understanding?

23   A.    No, it wasn't a set time.

24   Q.    Did you come in separate vehicles?

25   A.    Yes, we did.

5

1    Q.   All right.  Do you recall approximately what time you got
2    there?
3    A.   I don't recall exactly.  The game had started when I got
4    there.
5    Q.   Okay.  So you were not -- you were after the kickoff; is
6    that correct?
7    A.   Correct.
8    Q.   Would you describe -- and I have an aerial photograph here
9    that you can see on the screen.  Do you see where approximately
10   you parked?  Do you see what I'm talking about?
11        Well, perhaps I'll give you a better -- I'll get a better
12   one.
13        First, before when you got there, what type of occupancy
14   was the parking lot when you got there?
15   A.   Pretty full.
16   Q.   Okay.  Were you able to park at some location?
17   A.   Yes, I was.  It was no parking spots in the lots, and they
18   was having people park up on the gravel.
19   Q.   Okay.  I'm going to show you what's been marked as
20   Plaintiff's Exhibit Number 5 for identification.  Do you see
21   that vehicle at that point in Exhibit 5?
22   A.   Yes.
23   Q.   Do you recognize that vehicle?
24   A.   Yes, I do.
25   Q.   And whose vehicle is that?

1    A.    That's Monique's car.

2    Q.    Now, where approximately in relationship to -- let's first

3    of all, what kind of vehicle do you drive?

4    A.    I drive a Ford F-150 Lightning.

5    Q.    Is that -- what color is that Ford F-150?

6    A.    White.

7    Q.    Okay.  And where did you park in relationship to

8    Ms. Wilkerson?

9         You can actually draw with your finger on there.  Put a

10   little box where your car -- where your truck was.

11        All right.  You were approximately it looks like is that

12   immediately behind her at least, I mean --

13   A.    It's to the right of her.

14   Q.    Okay.  To the right of her.

15        But your front would have been very close to the rear of

16   her vehicle; is that correct?

17   A.    Correct.

18   Q.    Okay.  Now, once you got to Dugan's, what did you do?

19   A.    I went in and tried to find a seat at the bar.  The bar

20   was full.  And I found an area right -- it's down there where

21   the bar area at, but it has like a little ledge like this and a

22   seat.  That's where I was.

23   Q.    And did you see Ms. Wilkerson in the bar at that time?

24   A.    Yes, I did.

25   Q.    And what did you -- did you talk to her at all during that

7

1    time period?

2    A.    Yes, I did.

3    Q.    And what did you say?

4    A.    I just said hello.

5    Q.    Okay.  Did you sit next to her or were you able to or --

6    A.    I was kind of like behind her a little bit.

7    Q.    Okay.  Did you -- what did you do then?

8    A.    I talked to the bartender, ordered me a drink and ordered

9    me some wings.

10   Q.    All right.  Did you have any other conversations with

11   Ms. Wilkerson while you are watching the game?

12   A.    Briefly.  You know, the game was going on.  It's kind of

13   loud in there.  You can't -- even if you were sitting next to

14   them, you couldn't hear them.

15   Q.    At some point in time, did you leave Dugan's?

16   A.    No.  I just went outside.  I think it was about at

17   halftime or something.

18   Q.    And what was -- why was the -- why did you go outside?

19   A.    I went outside and smoked a cigar and talked on the phone.

20   Q.    All right.  And where did you go to smoke the cigar and

21   talk on the phone?

22   A.    I walked out to my truck and let the tailgate down, sat on

23   the rear of it.

24   Q.    Would you -- you have driven -- you have written on

25   Exhibit 5.  Where about were you sitting on that truck?

8

1   A.   In the back of my truck.

2   Q.   All right.  Would you -- okay.  You are back in the back

3   -- the back of the truck with the tailgate down?

4   A.   Right.

5   Q.   Did you notice anything about a police officer at some

6   point in time, sir?

7   A.   I seen him outside.

8   Q.   Okay.  What did you see?  What did you observe?

9   A.   I just saw him walking back and forth.

10   Q.   Do you know what the officer's name was?

11   A.   No.

12   Q.   I mean, do you know now that it's Officer Seymour?

13   A.   Yeah, I know.

14   Q.   Okay.

15   A.   Yeah.

16   Q.   And what did Officer Seymour do, or what did you observe

17   him do?

18   A.   I just saw him walking around by Monique's car.

19   Q.   Where -- you can draw on this.  Where did you see him

20   walking around Monique's car?

21   A.   He walked around it.

22   Q.   All the way around it?

23   A.   Yeah.

24   Q.   Did he have anything in his hand?

25   A.   I'm not sure.

9

1   Q.   Okay.  And what -- did you say anything or do anything

2   with this officer?

3   A.   Yeah.  I talked to him after I witnessed a gentleman come

4   out, and they was talking about towing the car.  And I told him

5   I knew whose car it was.

6   Q.   So the officer was Officer Seymour talking about towing

7   his car; is that right?

8   A.   Yes.

9   Q.   And what did you tell Officer Seymour?

10  A.   That I knew whose car it was.

11  Q.   And what did you do then?  Or did he say something to you?

12  A.   Yeah.  He told me to tell them come move their car or he

13  is going to have it towed.

14  Q.   What was his tone or attitude at that time, sir?

15  A.   He seemed a little irritable.

16  Q.   Okay.  Was he angry in your opinion?

17  A.   Not really.

18  Q.   Okay.  But quite irritable; is that right?

19  A.   Yes.

20  Q.   All right.  And so what did you do?

21  A.   I proceeded to go inside and told Monique they was going

22  to tow her car if she didn't move it.

23  Q.   All right.  And what was Monique doing at that point in

24  time?

25  A.   She was sitting at the bar eating and drinking.

10

1    Q.   All right.  Was she about to close her tab, or do you

2    know?

3    A.   I don't know.

4    Q.   Okay.  And so what did you do after you told Monique that

5    her car was about to be towed?

6    A.   I waited around there a few minutes.  Then I walked

7    outside, and I told them she was on her way out.

8    Q.   You told who?

9    A.   The manager or whoever he was.

10   Q.   Did you also tell Officer Seymour she is on her way?

11   A.   Yeah.

12   Q.   All right.  And then what did you do?

13   A.   Hung around outside.

14   Q.   Okay.  Did you at some point in time see Ms. Wilkerson

15   come outside?

16   A.   Yes.

17   Q.   And tell the jury what happened.  First of all, who said

18   something first?

19   A.   I don't know who said something first, but I seen Monique

20   come outside.  It was exchange of words between her and the

21   officer.  And as you can see from where I was at over here,

22   before I could get to them which is not that far he had already

23   spun her around and proceeded --

24   Q.   Well, prior to that, you heard them having words.  Who was

25   louder at that time?

11

1    A.   I don't know.  It was a lot of people out there.  It was

2    hard to hear who said what.  I just know they were talking.  I

3    don't know what each of them said.

4    Q.   Was Officer Wilkerson -- I mean, was Officer Seymour every

5    bit as loud as Ms. Wilkerson?

6    A.   Yeah.

7    Q.   Okay.  And so they were talking in an elevated voice.  Is

8    that because there's a lot of people around?

9    A.   No, I wouldn't say that.  They was talking at an elevated

10   voice because they were like shouting at each other.

11   Q.   Okay.  And so what did you do then or what did you hear

12   specifically?

13   A.   I didn't understand what they were saying.

14   Q.   Okay.  And after a while -- how long would you say they

15   were talking to each other approximately?

16   A.   It wasn't long.  I don't know.  A minute or less or

17   whatever, something like that.  It wasn't long.

18   Q.   All right.  And then what did you observe?

19   A.   When I got up, before I can walk to like from here to

20   where she is sitting he had already had proceeded to spin her

21   around and to arrest her.

22   Q.   So he spun -- you saw him spin her around and arrested

23   her?

24   A.   Yeah.

25   Q.   Did you see any reason whatsoever for the arrest?

1   A.   No.

2   Q.   And did you come up to him and say something?

3   A.   Yes.  I was walking as this was happening.  And I asked

4   him, Hold on.  Is there anything I can do to make this not

5   happen?  He told me to step away, if I didn't step back I was

6   going with her.

7   Q.   Did he say step back to you in an irritated, rough, angry

8   voice just like he was with Ms. Wilkerson?

9   A.   Yes.

10  Q.   And he told you to, what, step back and to -- or else you

11  would be arrested too?

12  A.   Exactly.

13  Q.   He didn't say your car would be towed, did he?

14  A.   No.

15  Q.   And then what did you do?

16  A.   I stepped back.

17  Q.   And what happened when you stepped back?

18  A.   When I stepped back and turned around, I saw another

19  officer like behind me.

20  Q.   All right.  So just one other officer behind you?

21  A.   It was like one over here and one over here.

22  Q.   All right.  And so what did you do?

23  A.   I proceeded to walk back.

24  Q.   All right.  Did you do anything else?

25  A.   No.

13

1   Q.   Did you actually do anything to cause -- I mean, did you

2   ask Rick Byrd or anybody for Monique to -- Ms. Wilkerson to

3   move her vehicle so you could get out?

4   A.   No.

5   Q.   Did you ever do anything like that?

6   A.   No.

7   Q.   Did you want to leave at that time?

8   A.   No.

9   Q.   I mean, you were just out there; is that right?  Just

10  smoked a cigar I believe you said, testified to?

11  A.   Yeah.

12  Q.   Now, at any time, you know, in all the time that you were

13  at Dugan's, did you have any type of argument with Monique or

14  anything of that nature?

15  A.   No.

16  Q.   Did you have any time where you were jealous about another

17  man or anything of that nature?

18  A.   No.

19  Q.   And I believe you just testified you didn't want your

20  truck out of there.  Did you see somebody else that might have

21  wanted their vehicle out?

22  A.   Yeah.  There was a gentleman there that I did talk to

23  after the arrest.  He came up and told me --

24         MR. PRITCHETT:  Objection.  Hearsay.

25  BY MR. JONES:

14

1    Q.    You don't need to tell me what he told you.

2    A.    Okay.

3    Q.    But did you see somebody else who wanted to get out?

4    A.    Yes.  There was another gentleman out there.

5    Q.    And what type of vehicle was he driving?

6    A.    He was driving a white Maxima.

7    Q.    A white Maxima.

8          So you never asked to have your white truck taken out?

9    A.    No.

10   Q.    At some point in time, did you leave Dugan's?

11   A.    Yes.

12   Q.    When did you leave?

13   A.    After everything was all over with with her arrest and

14   everything.

15   Q.    So you just left right after that time?

16   A.    I hung around.  They towed the car.  And once all that was

17   over, then I left.

18              MR. JONES:  I have no further questions.

19              THE COURT:  Cross-examination, Mr. Pritchett?

20                        -  -  -

21                    CROSS-EXAMINATION

22   BY MR. PRITCHETT:

23   Q.    Morning, Mr. Price.

24   A.    Good morning.

25   Q.    My name's Duane Pritchett.  I don't believe we have met

15

1   before, have we?

2   A.   No.

3   Q.   I represent Officer Seymour.  I just have a few questions

4   for you.

5   A.   Okay.

6   Q.   You got to Dugan's after Ms. Wilkerson got there, right?

7   A.   Correct.

8   Q.   And you parked your truck right behind her car, right?

9   A.   Yes -- yeah, you could say that.

10  Q.   Why did you park there?

11  A.   It was no other parking places.

12  Q.   Did you know that was her car?

13  A.   Not right away.

14  Q.   Well, you said now you know now that's her car, right?

15  A.   Correct.

16  Q.   She drives a black Mercedes with license -- well, I can't

17  see the license plate number on here.

18  A.   Right.

19  Q.   That's her black Mercedes, right?

20  A.   Right.

21  Q.   Did you know at that time in 2010, were you aware that she

22  drove a black Mercedes?

23  A.   Yes.

24  Q.   Okay.  So you knew that was her car that you were parking

25  behind, right?

16

1    A.    I knew that was her car.  But when I pulled in, I didn't

2    know that was her car.

3    Q.    So you just so happened to -- the only parking spot in the

4    whole place just so happened to be right behind Ms. Wilkerson's

5    car?

6    A.    Well, they had a few right there.  That was it.  Like I

7    say, I had drove around.  All the parking places around there

8    were full, and people was either parked right there or parked

9    next door to the tire place.  And you can get towed if you park

10   over there.

11   Q.    Okay.  I thought I heard you say just a minute ago that

12   you parked in the only space that you could find to park in.

13   Did I mishear you?

14   A.    No.  I said it was a couple places right here on the

15   gravel.  That's it.

16   Q.    Okay.  Right behind Ms. Wilkerson's car?

17   A.    Correct.

18   Q.    That's where your car -- that's where your truck ended up,

19   right?

20   A.    Right.

21   Q.    Okay.  This was the first night of the football season,

22   right?

23   A.    Correct.

24   Q.    So there's a big crowd at Dugan's, right?

25   A.    Oh, yeah.

17

1   Q.   I mean -- well, you just said that, there's nowhere to

2   park.  There's a lot of people there, right?

3   A.   Right.

4   Q.   In fact, you said there was a lot of people out in the

5   parking lot when you observed Ms. Wilkerson and Officer Seymour

6   going back and forth, right?

7   A.   It was people going in and going out.

8   Q.   Yeah.  There was people in the parking lot, right?

9   A.   Yeah.

10  Q.   You didn't hear what they were -- what Ms. Wilkerson and

11  Officer Seymour were saying back and forth to each other, did

12  you?

13  A.   No.

14  Q.   You just saw them talking --

15  A.   Right.

16  Q.   -- or saying something.  But you couldn't hear what they

17  were saying, could you?

18  A.   Correct.

19  Q.   Now, are you saying you were planning on staying there,

20  staying there for a while after you finished smoking your

21  cigar?

22  A.   Yeah.  I was going back in.

23  Q.   But you ended up not staying there, right?

24  A.   I went back in.  But, no, after everything that happened,

25  after they tow her car away, I left.

18

1   Q.   Right.

2        Ms. Seymour got arrested at some point; and then you left

3   right after that, right?

4   A.   Monique got arrested, then I left.

5   Q.   Then you left, right?

6   A.   Right.

7   Q.   Okay.  And would you have been able to get out if her car

8   wouldn't have been moved?

9   A.   No.

10  Q.   Okay.  You never heard Ms. Wilkerson ask Officer Seymour

11  for his name and badge number, did you?

12  A.   Yeah.

13  Q.   You know what?  I take -- that's a bad question.

14       After she was arrested, you heard her ask for his name and

15  badge number, correct?

16  A.   Yeah.

17  Q.   Okay.  Not before she was arrested, after she was

18  arrested, right?

19  A.   I recall after.

20  Q.   After, right.

21  A.   That's when I -- he let me walk back up to her.

22  Q.   Right.

23       Because you couldn't hear what they were saying --

24  A.   Right.

25  Q.   -- before she got arrested?

1    A.    Right.

2    Q.    So the only time you heard her ask for his name and badge

3    number was after she already had been placed under arrest,

4    correct?

5    A.    Correct.

6    Q.    Okay.  So you don't know if Ms. Wilkerson was using

7    profanity towards Officer Seymour, do you?

8    A.    No.

9    Q.    Because you couldn't hear what she was saying, right?

10   A.    Correct.

11   Q.    You spoke to the police about this incident after it

12   happened, correct?

13   A.    Correct.

14   Q.    That was Detective Toney, I think, is who you talked to?

15   You remember that?

16   A.    I'm not sure his name.

17   Q.    You talked to a detective, right?

18   A.    Right.

19   Q.    Whatever his name was, you talked to him, right?

20   A.    Right.

21   Q.    And you didn't -- you didn't tell the detective anything

22   about Mr. Seymour walking around the car and poking around the

23   car, did you?

24   A.    I don't think he asked me that.

25   Q.    Okay.  Well, you didn't tell him that?

20

1    A.   No.

2              MR. PRITCHETT:  Okay.  That's all we have, Judge.

3              THE COURT:  Redirect, Mr. Jones?

4              MR. JONES:  I do not.

5              (Testimony concluded.)

21

1                          C E R T I F I C A T E

2

3     UNITED STATES DISTRICT COURT:

4     NORTHERN DISTRICT OF GEORGIA:

5

6              I hereby certify that the foregoing pages, 1 through

7     20, are a true and correct copy of the proceedings in the case

8     aforesaid.

9              This the 31st day of July, 2014.

10

11

12

13              _____

14              Susan C. Baker, RMR, CRR
                Official Court Reporter
15              United States District Court

16

17

18

19

20

21

22

23

24

25