IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MONIQUE WILKERSON,
   Plaintiff,
     v.

THEDIOUS SEYMOUR
DEKALB COUNTY POLICE
OFFICER,
   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-4426-TWT

**ORDER**

This is a civil rights action for wrongful arrest. It is before the Court on the Defendant's Motion for Judgment as a Matter of Law and Motion for New Trial [Doc. 102]. A Rule 50(b) motion for judgment as a matter of law as to particular issues should be granted when "there is no legally sufficient evidentiary basis for a reasonable jury to find for [the non-movant] on that issue." Wood v. Green, 323 F.3d 1309, 1312 (11th Cir. 2003). When considering a motion for judgment as a matter of law, the District Court must consider "the facts and inferences … viewed in the light most favorable to the opposing party, …[and whether] the Court believes that reasonable men could not arrive at a contrary verdict." United States v. Vahlco Corp., 720 F.2d 885, 889 (11th Cir. 1983). Here, when the facts are viewed in the light most

favorable to Ms. Wilkerson, her language did not violate the ordinance since her language was neither insulting nor degrading and no one could conclude that her conversation was done for the purpose of inciting others. As such, no police officer, reasonable or otherwise, would have arrested Ms. Wilkerson for violating this ordinance. The amount of damages awarded was low, but that does not necessarily indicate an impermissible compromise verdict. The Defendant's Motion for Judgment as a Matter of Law and Motion for New Trial [Doc. 102] is DENIED. The Defendant has 10 days in which to file a response to the Plaintiff's Motion for Attorney's Fees [Doc. 96].

SO ORDERED, this 11 day of March, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge