# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

Amy C. Nerenberg
Acting Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 05, 2016

James N. Hatten
Richard B. Russell Bldg & US Courthouse
2211 UNITED STATES COURTHOUSE
75 TED TURNER DR SW
STE 2211
ATLANTA, GA 30303-3309

Appeal Number: 16-10053-CC
Case Style: Monique Wilkerson v. Thedious Seymour
District Court Docket No: 1:11-cv-04426-TWT

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

Sincerely,

AMY C. NERENBERG, Acting Clerk of Court

Reply to: Joe Caruso, CC
Phone #: (404) 335-6177

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 16-10053-CC

---

MONIQUE WILKERSON,

                                                                                            Plaintiff - Appellee,

versus

THEDIOUS SEYMOUR,
Dekalb County Police Officer,

                                                                                           Defendant – Appellant.

---

Appeal from the United States District Court
for the Northern District of Georgia

---

Before: ROSENBAUM and JILL PRYOR, Circuit Judges.

BY THE COURT:

    Appellant's voluntary motion to dismiss the appeal with prejudice, with the parties to bear their own costs and attorneys' fees in connection with the appeal, is GRANTED.